IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| BRENDON L. HANNON and VICKI HANNON, : : : : Plaintiffs, : : v. : OFORI THEOPHILLUS ODURO and ARAMARK UNIFORM & CAREER APPAREL, LLC; : : : : Defendants. : | CASE NO.: 7:22-CV-00053 (WLS) |

**ORDER**

Before the Court is Defendants' "Notice of Change of Mediation Date" filed on September 19, 2022. (Doc. 14). Parties state that they have mutually agreed to reschedule mediation from October 19, 2022, to December 8, 2022, because of a scheduling conflict. (Doc. 14).

Accordingly, Parties' plan to mediate on December 8, 2022, is **GRANTED**. The deadlines, which the Court extended for a total of sixty-two days in its previous Order (Doc. 13), remain the same. There seems to be no concern with the current discovery deadlines because Parties agreed to continue to actively participate in discovery. The Court may also extend the deadlines upon timely written motion for good cause.

**SO ORDERED**, this 23rd day of September 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1