IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| BRENDON L. HANNON and VICKI HANNON, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | CASE NO.: 7:22-CV-00053 (WLS) |
| OFORI THEOPHILLUS ODURO and ARAMARK UNIFORM & CAREER APPAREL, LLC; | : : : : | |
| Defendants. | : | |

**ORDER**

Before the Court is Stipulation of Dismissal with Prejudice as to All Parties (Doc. 21), filed and signed by both Parties on March 24, 2023. Therein, Parties state that, with Defendants' consent, Plaintiffs are dismissing their individual claims with prejudice in the above-styled action. (*Id.*)

Upon consideration thereof, it is **hereby ORDERED** that the Parties' Stipulation of Dismissal with Prejudice (Doc. 21) is **ACCEPTED** and **GRANTED**. The Court orders that all Plaintiffs' claims pending against Defendants are dismissed with prejudice.

**SO ORDERED**, this  27th   day of March 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1