IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| BRENDON L. HANNON and VICKI HANNON, | * |
| | * |
| Plaintiffs, | Case No.   7:22-cv-53 (WLS) |
| v. | * |
| OFORI THEOPHILLUS ODURO and ARAMARK UNIFORM & CAREER APPAREL, LLC, | * |
| | * |
| Defendants. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 27, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 27th day of March, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk